MIDTOWN PLOTTAGE CORPORATION, Appellant, *v.* JAMES SULLIVAN, Respondent.

Supreme Court, Appellate Term, First Department, February 16, 1928.

**Courts — Municipal Court of New York — judgments — preparation by clerk or unsuccessful party under Municipal Court Code, § 125.**

The unsuccessful party or the clerk may prepare the judgment in the Municipal Court of New York, under section 125 of the Municipal Court Code, where the successful party refuses to do so.

APPEAL by plaintiff from orders of the Municipal Court, Borough of Manhattan, Third District, in favor of defendant.

*Charles J. Herson*, for the appellant.

*James I. Moore*, for the respondent.

PER CURIAM. Manifestly, in line with our decision in *Godwin* v. *Hauer* (N. Y. L. J. Feb. 8, 1924), where under the 1923 amendment to section 125 of the Municipal Court Code the attorney for the successful party refuses to prepare the judgment, the opposing attorney or the clerk, under direction of the court, may prepare the judgment.

As none of the orders appealed from are appealable as of course, and no permission to appeal appears in the papers, the appeals must be dismissed.

Appeals dismissed.

All concur; present, DELEHANTY, LYDON and LEVY, JJ.